```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HUGH DWYER,

                                  Plaintiff,

- against -

THE CITY OF NEW YORK, POLICE OFFICER
SHANNON PEARL, POLICE OFFICER JOSEPH
ALGERIO, SH. # 7322 and POLICE OFFICER JOHN
DOE 1-10,

                                  Defendants.

------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL**

12 Civ. 6476 (KPF)

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiff and counsel for defendants that this action is voluntarily dismissed, with prejudice and without costs or attorney's fees to either, against the defendants pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii).

MICHAEL COLIHAN
*Attorney for Plaintiff*
44 Court Street, Suite 906
Brooklyn, New York 11201

By: _____
    Michael Colihan
    *Attorney for Plaintiff*

Dated: December 26, 2013
       New York, New York

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Pearl and Algerio*
100 Church Street, Rm. 3-153
New York, New York 10007

By: _____
    Pernell M. Telfort
    *Assistant Corporation Counsel*

SO ORDERED:

*Katherine Polk Failla*

HON. KATHERINE P. FAILLA
UNITED STATES DISTRICT JUDGE